

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Mac L. Bennett, Jr.
District Attorney
12th Judicial District of Texas
Normangee, Texas

Dear Sir:

Opinion No. O-5545
Re: Authority of the Texas
State Parks Board to pro-
hibit hunting in or upon
parks under the control
of said Board.

We have received your letter in which you ask the following questions:

"There is what is known as the Normangee State Park located about seven miles west of the Town of Normangee in Leon County, Texas. This Park was first purchased by the City of Normangee, and a lake constructed under a WPA project and a deed then made to the State Parks Board and since said conveyance the same has been maintained and supervised by said Parks Board. There have been signs erected at the entrance to the lake prohibiting a firearm from being brought into the park or carried on the lake, and the caretaker of the same will not permit any hunting on the same at all.

"I shall appreciate you advising me by opinion the authority of the caretaker or Parks Board to prohibit hunting in or upon said lake, together with the penalty for a violation of such prohibition."

Your attention is directed to House Bill 683, Acts of the 47th Legislature, Regular Session, Chapter 454, at page 726 of the General and Special Laws of Texas, 1941, which does not appear to have been included in the supplement to Vernon's Penal Code. Section 1 of this Bill reads as follows:

Honorable Mac L. Bennett, Jr., page 2

"It shall be unlawful for any person to kill, wound, shoot at, hunt or molest any wild animals, wild birds, or wild fowl found within the borders of any public park under the control of the Texas State Parks Board, at any season of the year. Any person violating any provision of this Act shall be deemed guilty of a misdemeanor, and upon conviction shall be fined in any sum not less than Ten Dollars ($10) nor more than One Hundred Dollars ($100). Any peace officer is authorized to arrest without warrant any person found committing a violation of any provision of this Act."

The above quoted statute is plain and, we believe, contains the information you desire.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By _____
Frederik B Isely
Assistant

FBI:db

RECEIVED DEC 20, 1943

Gerald C. Mann

ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE

BY _____
CHAIRMAN